## CORPORATION vs. PAULDING.

APPEAL from the court of the first district.

If the appellant was not a party to the original suit, and the facts on which his right of appeal rest, be denied, the case will be sent back to have them tested.

MARTIN, J., delivered the opinion of the court. The corporation are appellants of a judgment, in a suit between Paulding and Hunter, alleging themselves to be the assignees of Hunter. The judge *a quo*, satisfied with the proof of the assignment they administered, allowed the appeal.

The appellee in this court denies the assignment, and has a right to do so. The decision of the judge *a quo*, given *ex parte*, cannot bind him; and he has a right to show the insufficiency of the proof assigned, or to meet it by contrary evidence.

East'n. District.
*June*, 1826.

CORPORATION
*vs.*
PAULDING.

In deciding whether the appellants are really Hunter's assignees, we would not examine the judgment of another tribunal; because that is not a judgment, which is pronounced against a party who had not the opportunity of being heard. We would exercise original jurisdiction, and this the constitution has forbidden.

The case must therefore be provisionally sent back, to have the disputed point settled in the parish court.

It is therefore ordered, adjudged, and decreed that the case be sent back, with directions to the parish court to inquire into the right of the appellants, as assignees of Hunter.

*Moreau* for the plaintiffs, *Hennen* for the defendant.